# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHUBHAM KAUSHIKKUMAR PATEL,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondents. | CASE NO. C19-1690 MJP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) The Government's motion to dismiss (Dkt. No. 5) is GRANTED.

(3) Petitioner's habeas petition is DENIED.

(4) The stay of removal (Dkt. No. 3) is VACATED.

(5) This action is DISMISSED with prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 5, 2020.

Marsha J. Pechman
United States District Judge